■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDNEY BUTLER, Appellant. [774 NYS2d 807]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 6, 1995 (*People v Butler,* 212 AD2d 540 [1995]), affirming a judgment of the County Court, Westchester County, rendered April 5, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Santucci and Altman, JJ., concur.